IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

    Plaintiffs,

    vs.                                      CIV S-11-3065 KJM CKD PS

THE GROVES AT MANZANITA APARTMENTS, et al.,

    Defendants.                <u>ORDER</u>

                                        /

        Plaintiffs have not paid the fee ordinarily required to file an action in this court. Although plaintiff Wichelman has filed an application to proceed without prepayment of fees, plaintiff Anne Sabetta has not file such an application. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff Sabetta will therefore be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff Sabetta shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's

/////

1  failure to comply with this order will result in a recommendation that this action be dismissed;
2  and
3              2. The Clerk of the Court is directed to send plaintiff Sabetta a new Application
4  to Proceed In Forma Pauperis.

Dated: December 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
wichelman.inc