IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

        Plaintiffs,                No. CIV S-11-3065 KJM CKD PS

    vs.

THE GROVES AT MANZANITA APARTMENTS, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

        By order filed February 22, 2012, plaintiffs' complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff s have not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiffs are advised that failure to file objections within the

/////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3   Dated: April 2, 2012

4  _____

5  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

7  4
   wichelman.fta