IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

      Plaintiffs,             No. CIV S-11-3065 KJM CKD PS

      vs.

THE GROVES AT MANZANITA APARTMENTS, et al.,

      Defendants.        ORDER

_____/

      On April 24, 2012, plaintiffs filed an <u>ex parte</u> motion seeking an order from this court directing the Sacramento Housing & Redevelopment Agency to provide plaintiffs with a Section 8 housing voucher. Plaintiffs cite no authority in support of their request and fail to demonstrate circumstances warranting the relief requested.

      Accordingly, IT IS HEREBY ORDERED that plaintiffs' <u>ex parte</u> motion (dkt. no. 7) is denied.

Dated: April 30, 2012

                                  /s/ Carolyn K. Delaney
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

4
wichelman.exparte.den