IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

     Plaintiffs,                   No. CIV S-11-3065 KJM CKD PS

    vs.

THE GROVES AT MANZANITA APARTMENTS, et al.,

     Defendants.                ORDER

_____/

       On April 24, 2012, plaintiffs filed an ex parte motion seeking an order from this court directing the Sacramento Housing & Redevelopment Agency to provide plaintiffs with a Section 8 housing voucher. Plaintiffs cite no authority in support of their request and fail to demonstrate circumstances warranting the relief requested.

       Accordingly, IT IS HEREBY ORDERED that plaintiffs' ex parte motion (dkt. no. 7) is denied.

Dated: April 30, 2012

                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

4
wichelman.exparte.den