IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

      Plaintiffs,                    No. CIV S-11-3065 KJM CKD PS

     vs.

THE GROVES AT MANZANITA APARTMENTS, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

        By order filed February 22, 2012, plaintiffs' complaint was dismissed and plaintiffs were granted leave to amend within thirty days. On April 2, 2012, the court recommended the action be dismissed because plaintiffs had not filed an amended complaint. On May 4, 2012 plaintiff Wichelman requested an extension of time to file an amended complaint due to plaintiff Sabetta's incarceration. By order filed May 23, 2012, plaintiffs' request for an extension of time was granted and plaintiffs were granted an additional thirty days to file an amended complaint. Plaintiffs were cautioned that no further extensions would be granted. The thirty day period has now expired, and plaintiff s have not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3   days after being served with these findings and recommendations, plaintiff may file written
4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7   F.2d 1153 (9th Cir. 1991).

Dated: July 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
wichelman2.fta